[No. 55308-9-I.   Division One.   November 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE EVERETT LAWHORN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-03509-9, Doulgas D. McBroom, J., entered November 4, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 55762-9-I.   Division One.   November 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. B.B., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-8-00070-0, Suzanne M. Barnett, J., entered February 11, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 31612-9-II.   Division Two.   November 8, 2005.]

STEPHEN LAUGHLIN ET AL., *Respondents*, v. ALLSTATE INSURANCE COMPANY ET AL., *Petitioners.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-10380-0, Frederick W. Fleming, J., entered April 2, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J. Pro. Tem., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 32005-3-II.   Division Two.   November 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DONALD PESA GILBERT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00324-7, Russell W. Hartman, J., entered July 15, 2004. *Affirmed* by unpublished opinion per Morgan, J. Pro Tem., concurred in by Quinn-Brintnall, C.J., and Houghton, J.